14270, 14271. WILLIAMS *v.* CARROLLTON BANK, for use, etc.; and
*vice versa.*

BELL, J. These cases are controlled by the decision in *Williams* v. *Atlanta National Bank*, ante, 212.

*Judgment affirmed on the main bill of exceptions; reversed on the cross-bill.*
*Jenkins, P. J., and Stephens, J., concur.*

DECIDED NOVEMBER 27, 1923.

Complaint; from city court of Carrollton—Judge Hood. December 12, 1922.

·*S. Holderness, J. Mallory Hunt, Smith & Millican,* for Williams.
*Willis Smith, Boykin & Boykin,* contra.

---

14272, 14273. WILLIAMS *v.* SAVANNAH BANK & TRUST Co.; and
*vice versa.*

BELL, J. These cases are controlled by the decision in *Williams* v. *Atlanta National Bank*, and *Atlanta National Bank* v. *Williams*, ante, 212.

*Judgment affirmed on the main bill of exceptions; reversed on the cross-bill.*
*Jenkins, P. J., and Stephens, J., concur.*

DECIDED NOVEMBER 27, 1923.

Complaint; from city court of Carrollton—Judge Hood. December 12, 1922.

*S. Holderness, J. M. Hunt, Smith & Millican,* for Williams.
*Willis Smith, Boykin & Boykin,* contra.

---

14307. CARTER *v.* HART.

JENKINS, P. J. A suit on a yearly contract for rent was brought in the municipal court of Macon, the plaintiff claiming a balance due for the last two months covered by the alleged contract. The petition alleged that "petitioner rented to defendant a part of his house known as 735 College street in the city of Macon, for a term beginning October 1st, 1921, and ending September 30th, 1922, at a monthly rental of $42.50." The judge charged the jury as follows: "Where there is a lease for a year, and the tenant, after the expiration of the lease, by the consent of both parties remains in possession of the premises and continues to pay rent to the landlord under the terms of the lease, which rent is accepted by the landlord, the law implies a renewal of the lease for another year." The jury found in favor of the plaintiff, and the defendant excepted to the quoted extract from the charge, on the ground that the evidence for the plaintiff showed an express renewal contract